# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Case No.:** |
| ) | |
| **LEONEL ALEJANDRO GARCIA-** ) | |
| **HINOJOSA,** ) | |
| *Defendant*. | |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>
*Illegal Re-entry After Deportation/Removal*
**[8 U.S.C. § 1326(a) and (b)]**

The Grand Jury charges that:

On or about the 24th day of September 2025, in Cullman County, within the Northern District of Alabama, and elsewhere, the defendant,

**LEONEL ALEJANDRO GARCIA-HINOJOSA,**

an alien, was found to be voluntarily in the United States, after having been previously removed from the United States to Mexico on or about July 13, 2010, with this removal being subsequent to the defendant's conviction for an aggravated felony offense and, not having obtained the expressed consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security of the United States, for re-application by the defendant for admission into the United States, in

1

violation of Title 8, United States Code, Section 1326(a) and (b).

A TRUE BILL

   /s/ electronic signature
FOREPERSON OF THE GRAND JURY

                                        PRIM F. ESCALONA
                                        United States Attorney

                                         /s/ electronic signature
                                        OLIVIA C. BRAME
                                        Assistant United States Attorney